IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE EICHLER,

      Plaintiff,                  No. CIV S-06-2894 DFL CMK P

    vs.

DIRECTOR OF CDC, et al.,

      Defendants.

                         /               ORDER

        Plaintiff is a state prisoner proceeding pro se with this civil right complaint. He seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. See 28 U.S.C. §§ 1914(a), 1915(b)(1). An initial partial filing fee of $35.77 will be assessed by this

order. See 28 U.S.C. § 1915(b)(1).[1]  By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account.  These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. See 28 U.S.C. § 1915(b)(2).

Plaintiff alleges that he has severe gingivitis and that he has been denied proper treatment by defendants, who are employed as dentists by the California Department of Corrections and Rehabilitation (CDCR).  Plaintiff asserts that denial of proper dental care is a policy of the CDCR.  He alleges that the denial of proper treatment has resulted in his gums deteriorating and his teeth falling out, which causes him great pain.

The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order.  Plaintiff is warned that failure to comply with this order may result in dismissal of the action.  See Local Rule 11-110.

Plaintiff's complaint identifies twelve "Doe" defendants.  The court cannot order service of process on fictitious defendants.  Upon discovering the name of the "Doe" defendants, or any of them, plaintiff must promptly file a motion for leave to amend, accompanied by a

---

[1] The court has reviewed plaintiff's "Affidavit/Attachment "A" for Complaint Filed 12-20-06," and is sympathetic to the cost plaintiff faces for dentures and witness and copying fees in other cases; however, the amount of the initial partial filing fee is not within this court's discretion and must be based on the information contained in the application to proceed in forma pauperis.

proposed amended complaint identifying the additional defendant or defendants.  Plaintiff is informed that the court cannot refer to a prior pleading in order to make plaintiff's amended complaint complete.  Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading.  This is because, as a general rule, an amended complaint supersedes the original complaint.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Once plaintiff files an amended complaint, the original pleading no longer serves any function in the case.  Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.   Plaintiff is cautioned that undue delay in discovering defendants' names and seeking leave to amend may result in the denial of leave to proceed against these defendants.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of $35.77.  All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections filed concurrently herewith.

3. Service is appropriate for the following defendants: Director of the CDCR; J. Tilton; Mark Nessenson; Mark Duckett; Stogsdill; Morris and; G. Sturges.

4. The Clerk of the Court shall send plaintiff seven USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed December 22, 2006.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

      d. Eight copies of the endorsed complaint filed December 22, 2006.

   6. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  January 24, 2007.

                _____
                **CRAIG M. KELLISON**
                UNITED STATES MAGISTRATE JUDGE

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

        Plaintiff,                  No. CIV

  vs.

                                  NOTICE OF SUBMISSION

        Defendants.           OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      \_\_\_\_\_      completed summons form

      \_\_\_\_\_      completed USM-285 forms

      \_\_\_\_\_      copies of the _____
                             Complaint/Amended Complaint

DATED:

                                _____
                                Plaintiff