IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE EICHLER,

      Plaintiff,                    No. CIV S-06-2894 DFL CMK P

    vs.

DIRECTOR OF CDC, et al.,

      Defendants.            <u>ORDER</u>

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On February 20, 2007, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Mark Duckett was returned unserved because "per CSP "unable to identify." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed December 22, 2006;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Two copies of the endorsed complaint filed December 22, 2006; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

3. Plaintiff is warned that failure to follow the directions in this order will result in the unserved defendant being dismissed from this action.

DATED: March 29, 2007.

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE EICHLER,

        Plaintiff,               No. CIV S-06-2894 DFL CMK P

    vs.

DIRECTOR OF CDC, et al.,        NOTICE OF SUBMISSION

        Defendants.            OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __One__    completed summons form

    __One__    completed USM-285 form

    __Two__    copies of the __December 22, 2006__
                                     Complaint

DATED:

                                    _____
                                    Plaintiff