IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE EICHLER, | No. CIV S-06-2894-DFL-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| TILTON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendants' motion for an extension of time to respond to plaintiff's motion for leave to amend.  Because the court has denied plaintiff's motion, the instant request is moot.

Accordingly, IT IS HEREBY ORDERED that defendants' motion for an extension of time is denied as moot.

DATED:  June 20, 2007.

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE

1