IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE EICHLER,                          No. CIV S-06-2894-DFL-CMK-P

        Plaintiff,

  vs.                                      ORDER

TILTON, et al.,

        Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for leave of court to serve more than 25 interrogatories.  See Fed. R. Civ. P. 33(a).  Plaintiff seeks permission to serve 30 interrogatories.  Good cause appearing therefor, the request is granted.

       IT IS SO ORDERED.


DATED:   July 3, 2007.


                         _____
                         CRAIG M. KELLISON
                         UNITED STATES MAGISTRATE JUDGE

1