EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ALVIN GITTISRIBOONGUL
Supervising Deputy Attorney General
GREGORY GOMEZ
Deputy Attorney General
State Bar No. 242674
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3866
 Fax: (916) 324-5205
 Email: Gregory.Gomez@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DWAYNE EICHLER,**<br><br>Plaintiff,<br><br>v.<br><br>**DIRECTOR OF CDC, et al.,**<br><br>Defendants. | 2:06-cv-2894-RRB-CMK (PC)<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |

Defendants Tilton, Morris, Sturges, Duckett, Nessenson and Stogsdill filed a second request for an extension of time to respond to plaintiff's discovery requests. Good cause appearing, Defendants are granted an additional fourteen days, to an including September 24, 2007, to file their responsive pleading.

**IT IS SO ORDERED.**

DATED: September 13, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE