IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE EICHLER,                                  No. CIV S-06-2894-RRB-CMK-P

      Plaintiff,

   vs.                                                      ORDER

TILTON, et al.,

      Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time (Doc. 42), filed on September 19, 2007.

      On August 27, 2007, the court denied plaintiff's motion for leave to file a first amended complaint but granted plaintiff 30 days in which to file a third and final motion for leave to file an amended complaint.  Plaintiff now seeks an extension of that deadline to and including October 11, 2007.  Good cause appearing therefor, the request will be granted.  Plaintiff is advised that this court has found his original complaint states a cognizable claim against several defendants.  If plaintiff does not file a motion for leave to file an amended complaint this case will continue with the original complaint as the operative pleading.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is granted; and

2. Plaintiff may file a third and final motion for leave to file a first amended complaint on or before October 11, 2007.

DATED: September 24, 2007.

　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2