IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE EICHLER, | No. CIV S-06-2894-RRB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| TILTON, et al., | |
| Defendants. | |
| _____/ | |

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On September 10, 2007, defendants filed a second request for additional time to respond to plaintiff's discovery requests.  This request was granted on September 14, 2007 (Doc. 41).  Upon review of the orders issued in this case, the court has noticed an error in this order.  Therefore, for clarification purposes, the court hereby vacates the previous order (Doc. 41) and issues this order granting defendant's second request for an extension of time to respond to plaintiff's discovery request.

/ / /

/ / /

/ / /

1

Good cause appearing, defendants are granted additional time, to and including October 5, 2007, to respond to plaintiff's discovery requests.

IT IS SO ORDERED.

DATED: September 26, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE