IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE EICHLER,

    Plaintiff,   No. CIV S-06-2894 DFL CMK P

  vs.

DIRECTOR OF CDC, et al.,

    Defendants.   ORDER

                                    /

      Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

      On February 20, 2007, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Romary and Yamamoto were returned unserved because "per CDC" unable to locate. Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed September 25, 2007 (Doc. 47);

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Two copies of the endorsed complaint filed December 22, 2006; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: April 23, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

/bb
eich 06cv29894.8e(2)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

1  DWAYNE EICHLER,

2          Plaintiff,                    No. CIV S-06-2894 DFL CMK P

3      vs.

4  DIRECTOR OF CDC, et al.,              <u>NOTICE OF SUBMISSION</u>

5          Defendants.                   <u>OF DOCUMENTS</u>

6  _____/

7          Plaintiff hereby submits the following documents in compliance with the court's

8  order:

9          __1__        completed summons form;

10         ____         completed USM-285 form(s); and

11         ____         copies of the amended complaint filed on September 25, 2007.

14  DATED: _____           _____

15                                         Plaintiff

3