IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DWAYNE EICHLER,** | 2:06-cv-2894-JAM-CMK (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS LING, WOODFORD, HICKMAN, TERHUNE, GOMEZ, AND TRISTAN'S FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |
| v. | |
| **TILTON, et al.,** | |
| Defendants. | |

Defendants Woodford, Hickman, Terhune, Gomez, Williams, Ling, and Tristan filed a request for an extension of time to respond to Plaintiff's amended complaint. Good cause appearing, Defendants are granted an additional thirty-one days, to and including Monday, June 2, 2008, to respond to Plaintiff's request.

**IT IS SO ORDERED.**

DATED: May 2, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1