IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DWAYNE EICHLER,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**TILTON, et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:06-cv-2894-RRB-CMK (PC)<br><br>**ORDER GRANTING DEFENDANTS WOODFORD, HICKMAN, TERHUNE, GOMEZ, WILLIAMS, LING, AND TRISTAN'S SECOND REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

　　Defendants Woodford, Hickman, Terhune, Gomez, Williams, Ling, and Tristan filed a second request for an extension of time to respond to Plaintiff's amended complaint.  Good cause appearing, Defendants are granted an additional thirty-days, to and including Wednesday, July 2, 2008, to respond to Plaintiff's request.  *Additional requests for extending the defendants' time to respond to the amended complaint will not be favored.*

　　　　**IT IS SO ORDERED.**


DATED: June 4, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1