IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE EICHLER,                                      No. CIV S-06-2894-RRB-CMK-P

       Plaintiff,

  vs.                                                                      ORDER

TILTON, et al.,

       Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983. On April 24, 2008, plaintiff was ordered to provide sufficient information to serve defendants Romary and Yamamoto. Plaintiff has submitted the required documents to serve defendant Romary. He has also requested additional time to submit the required documents for defendant Yamamoto.

       The United States Marshal will be provided the information to attempt service on defendant Romary. Plaintiff's request for additional time to submit service documents for defendant Yamamoto will be granted. However, plaintiff appears to also indicate that his complaint names the incorrect defendant. Plaintiff states that defendant Yamamoto may be the wrong defendant named. If plaintiff has indeed named the incorrect defendant in his complaint

1

and he wants to amend his complaint, he is cautioned that at this stage of the proceedings he must request leave of court to do so. See Fed. R. Civ. P. 15(a).

        Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's request for additional time to submit service documents for defendant Yamamoto is granted;

    2.    Plaintiff has 30 days from the date of service of this order to submit service documents for defendant Yamamoto;

    3.    The Clerk of the Court is directed to forward the instructions for service of process, the completed summons form(s), copies of the complaint, and a copy of this order to the United States Marshal;

    4.    Within ten days from the date of this order, the United States Marshal is directed to notify defendant Romary of the commencement of this action and to request a waiver of service of summons in accordance with the provisions of Federal Rule of Civil Procedure 4(d) and 28 U.S.C. § 566(c);

    5.    The United States Marshal is directed to retain the sealed summons and a copy of the complaint in their file for future use;

    6.    The United States Marshal shall file returned waivers of service of summons, as well as any requests for waivers that are returned as undelivered, as soon as they are received;

    7.    If a waiver of service of summons is not returned by a defendant within sixty days from the date of mailing the request for waiver, the United States Marshal shall:

        a.    Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c), shall command all necessary assistance from the California Department of Corrections to execute this order, and shall maintain the confidentiality of all information provided by the California

Department of Corrections pursuant to this order;

    b.    Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of summons and of the costs subsequently incurred in effecting service on said defendant;

    c.    Costs incurred in effecting service shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and amended complaint and for preparing new USM-285 forms, if required; and

    d.    Costs of service will be taxed against the personally served defendant in accordance with the provisions of Federal Rule of Civil Procedure 4(d)(2);

8.    Defendant(s) shall reply to the complaint within the time provided by the applicable provisions of Federal Rule of Civil Procedure 12(a); and

9.    Unless otherwise ordered, all motions to dismiss, motions for summary judgment, motions concerning discovery, motions pursuant to Rules 7, 11, 12, 15, 41, 55, 56, 59 and 60 of the Federal Rules of Civil Procedure, and motions shall be briefed pursuant to Local Rule 78-230(m), and failure to oppose such a motion timely may be deemed a waiver of opposition to the motion; opposition to all other motions need be filed only as directed by the court.

DATED: July 10, 2008

                                  /s/ Craig M. Kellison
                                **CRAIG M. KELLISON**
                                UNITED STATES MAGISTRATE JUDGE