IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE EICHLER,                      No. CIV S-06-2894-JAM-CMK-P

         Plaintiff,

    vs.                                   <u>ORDER</u>

TILTON, et al.,

         Defendants.

                             /

         Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is a motion for reconsideration of the magistrate judge's August 27, 2007 order denying plaintiff the appointment of an expert witness.

         Pursuant to Eastern District of California Local Rule 72-303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.  The August 27, 2007 order is, therefore, affirmed.

         Accordingly, IT IS HEREBY ORDERED that:

         1.      The motion for reconsideration is denied; and

1

2. The magistrate judge's August 27, 2007 order is affirmed.

DATED: August 19, 2008

/s/ John A. Mendez

UNITED STATES DISTRICT JUDGE