1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DWAYNE EICHLER,                           No. CIV S-06-2894-RRB-CMK-P

12                    Plaintiff,

13        vs.                                  ORDER

14   TILTON, et al.,

15                    Defendants.

16   _____/

17              Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil

18   rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request to file a

19   second amended complaint (Doc. 77).

20              On January 18, 2008, the court issued an order granted plaintiff's request to file an

21   amended complaint.  In that order, the court explained that plaintiff had ample opportunity to

22   amend his claims and further leave to amend would not be granted.  Plaintiff filed a request for

23   reconsideration of the court's January 18, 2008 order.  That request was denied on August 20,

24   2008.  An answer to the amended complaint was filed on March 5, 2008.

25              Despite the court's previous orders, plaintiff now asks to be allowed to file a

26   second amended complaint.  Plaintiff was advised no further amendments would be allowed.

1

1   This decision was affirmed by the District Judge.  The amended claims plaintiff wishes to file

2   would not add significantly to his case, and his request has previously been denied.  Plaintiff fails

3   to set forth any compelling reason for the court to now allow plaintiff to file another amended

4   complaint when it has already found no additional amendments would be allowed.

5          Accordingly, IT IS HEREBY ORDERED that plaintiff's request to file a second

6   amended complaint (Doc. 77) is denied.

7

8    DATED:  October 3, 2008

9

10                                              CRAIG M. KELLISON
                                                UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26