IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE EICHLER, | No. CIV S-06-2894-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| TILTON, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for reconsideration of the magistrate judge's order (Doc. 81) denying plaintiff additional opportunity to amend his complaint.

Pursuant to Eastern District of California Local Rule 72-303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.  The October 6, 2008, order is, therefore, affirmed.  This is plaintiff's second request for reconsideration of an order denying him leave to file another amended complaint.  The magistrate judge has already denied this request, and that decision was

1

1 | affirmed.  The court has ordered that no further leave to amend would be granted.  Plaintiff fails
2 | to show good cause for the court to reconsider this decision.
3 |         Accordingly, IT IS HEREBY ORDERED that:
4 |     1.    The motion for reconsideration is denied; and
5 |     2.    The magistrate judge's October 6, 2008, order is affirmed.

DATED: 12/19/2008

/s/ John A. Mendez
U. S. District Judge