IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE EICHLER, | No. CIV S-06-2894-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| TILTON, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 18, 2009, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

proper analysis.

The actions plaintiff complains about in his request for injunctive relief are not sufficiently related to this action, and the individuals plaintiff complains about are not defendants in this action. However, plaintiff is not precluded from seek relief against those individuals he claims are retaliating against him in a separate civil rights action.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 18, 2009, are adopted in full; and

2. Plaintiff's request for injunctive relief against individuals who are not named as defendants in this action is denied.

DATED: May 21, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE