IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE EICHLER, | No. CIV S-06-2894-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| TILTON, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is Plaintiff's request for permission to file extended number of interrogatories, admissions, and discovery (Doc. 103).

       Plaintiff is requesting permission to propound 23 requests for production of documents, 40 requests for admissions, and 35 interrogatories.  Federal Rule of Civil Procedure 34 governs requests for production of documents.  Rule 34 does not set a specific limit on the number of requests a party may propound.  Similarly, Rule 35, which governs requests for admissions, also does not set a specific limit on the number of requests allowed.  Therefore, no permission is required to allow Plaintiff leave to propound 23 requests for production of documents and 40 requests for admissions.

1    Rule 33, which governs interrogatories, provides for a limit of 25 written interrogatories, "[u]nless otherwise stipulated or ordered by the court." Fed. R. Civ. Proc. 33(a)(1). "Leave to serve additional interrogatories may be granted to the extent consistent with Rule 26(b)(2)." Id.  The court, therefore, interprets Plaintiff's request as a request for stipulation or order for leave to serve more than 25 written interrogatories.[1]

Prior to ruling on Plaintiff's request, the court will request that Defendants file a response to Plaintiff's request, indicating whether they have any objections to entertaining 10 additional interrogatories, and, if not, whether they are willing to stipulate to Plaintiff request. The court requests Defendants' response within 15 days of the date of this order.  If no response is received within the time set herein, the court will interpret the lack of response as there being no objections to Plaintiff's request.

IT IS SO ORDERED.

DATED: June 8, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

[1] To the extent Plaintiff is actually requesting permission to file discovery responses with the court, that request is denied.  Discovery requests and/or responses shall not be filed with the court except when required by Eastern District of California Local Rules 30-250(a), 33-250(c), 34-250(c), and/or 36-250(c).