IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE EICHLER, | No. CIV S-06-2894-JAM-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| TILTON, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On January 28, 2010, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  Timely objections to the findings and recommendations have been filed.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 28, 2010, are adopted in full;

2. Defendants' motion for judgment on the pleadings (Doc. 101) is granted;

3. Defendants Tilton, Woodford, Hickman, Terhune, Gomez, Williams, Ling and Tristan are dismissed from this action; and

4. This action will continue only against defendants Nessenson, Duckett, Stogsdill, Morris, and Sturges.

DATED:   March 31, 2010

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE