IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE EICHLER, | No. CIV S-06-2894-JAM-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| TILTON, et al., | |
| Defendants. | |
| _____ / | |

   Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is Plaintiff's objection to a second deposition (Doc. 119).

   Defendants have filed a response to Plaintiff's objection as required by the court. Defendants have informed the court that the second deposition was scheduled in error and has since been canceled.  Plaintiff's objection is now moot.

   In addition, Plaintiff had requested to close discovery.  The court has set a discovery closure date of June 28, 2010.  Accordingly, to the extent Plaintiff requested an end date to discovery, that request has been granted.  Defendants have also responded that they have no outstanding discovery issues which require resolution.  The court awaits Plaintiff's response

1

1    as to any outstanding discovery issues.

2          Accordingly, IT IS HEREBY ORDERED that Plaintiff's objection and motion

3    (Doc. 119) is granted in part and denied as moot in part, as set forth above.

5    DATED: June 7, 2010

                                     **CRAIG M. KELLISON**
                                     UNITED STATES MAGISTRATE JUDGE