IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE EICHLER, | No. CIV S-06-2894-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| G. STURGES[1], et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's "Request to Fix Type Error on His Oppo. and Cross Summary Judgment" (Doc. 144). Plaintiff asks the court to acknowledge two typographical errors in his opposition to defendants' motion for summary judgment. Good cause

/ / /

/ / /

/ / /

/ / /

---

[1] Tilton, who was the lead defendant, has been dismissed. Sturges is now the lead defendant.

1

appearing therefor, the request is granted and the corrections indicated by plaintiff will be duly noted.

       IT IS SO ORDERED.

DATED: September 1, 2011

                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE